IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMARA MILES OGIER, Trustee for the Bankruptcy Estate of Beverly McBrayer,

    Plaintiff,

v.

ADP TOTALSOURCE SERVICES, INC.,

    Defendant.

CIVIL ACTION NO.
1:17-CV-2025-AT

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 22] that Defendant's Motion for Judgment on the Pleadings (Doc. 9) be denied as moot.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, Defendant's Motion for Judgment on the Pleadings [Doc. 9] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 4th day of April, 2018.

_____
**Amy Totenberg**
**United States District Judge**